527 F.2d 610
 KEMPSVILLE UTILITIES CORPORATION, Appellant,
v.
HAMPTON ROADS SANITATION DISTRICT, CITY OF VIRGINIA BEACH,
et al., Appellees.
COUNTY UTILITIES CORPORATION, Appellant,
v.
HAMPTON ROADS SANITATION DISTRICT, CITY OF VIRGINIA BEACH,
et al., Appellees.
 Nos. 75--1234, 75--1235.
 United States Court of Appeals,
Fourth Circuit.
 Argued Oct. 8, 1975.
Decided Nov. 11, 1975.
 
 Appeals from United States District Court, Eastern District of Virginia, Norfolk; John A. MacKenzie, Judge.
 Robert R. MacMillan, Norfolk, Va. (E. Leslie Cox, Breeden, Howard & MacMillan, Norfolk, Va., on brief), for appellants in 75--1234 and 75--1235.
 Donald H. Clark, Joseph J. Lawler, William B. Smith, Virginia Beach, Va. (J. Dale Bimson, Clark, Steinhilber, Hofheimer & Stant, Kellam, Pickrell & Lawler, Virginia Beach, Va., on brief), for appellees in 75--1234.
 Donald H. Clark, Joseph J. Lawler, William B. Smith, Virginia Beach, Va. (Kellam, Pickrell & Lawler, Guy, Betz, Smith & Dickerson, Virginia Beach, Va., on brief), for appellees in 75--1235.
 Before CRAVEN, BUTZNER and RUSSELL, Circuit Judges.
 PER CURIAM:
 
 
 1
 For the reasons stated by the district judge in D.C., 402 F.Supp. 1014, we affirm the decision below.
 
 
 2
 Affirmed.